

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2022

No. 04-22-00031-CR

Frank Edwin **STEPHENSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-20-0000012
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellee's brief is due on October 21, 2022. However, the appellee has filed a second motion requesting an extension of time to file its appellee brief. The motion is GRANTED. The appellee's reply brief is due on or before November 21, 2022. Any further extension will be disfavored.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court